Order entered October 24 , 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00686-CR

**RENE GUTIERREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F10-35443-K**

## ORDER

The Court **ORDERS** court reporter Debi Harris to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing copies of State's Exhibit nos. 8, a CD, and 9, a DVD.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Debi Harris, Deputy Official Court Reporter, and to counsel for all parties.

DAVID L. BRIDGES
JUSTICE